

# NHG LAW GROUP, P.C.
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS

ROSA COSCIA
CATALINA ROMAN

Via: ECF Filing

December 16, 2024

Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm 1010
New York, NY 10007

RE:   *Lander et al. v. Amigos Hospitality LLC, et al.*
      Case No.: 24-cv-00287 (JHR)

Dear Judge Rearden:

My office represents Defendants in the above referenced action.

Kindly accept this correspondence as the parties' joint letter advising the Court that the parties have reached an agreement to settle this action.

The parties are in the process of drafting a formal settlement agreement and expect to be able to file their motion for judicial approval within thirty days.

Thus, the parties respectfully request that the initial conference scheduled for December 17, 2024 at 3:00 p.m. be adjourned without a date.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

Application GRANTED. The Court has been informed that the parties have reached a settlement in principle. Accordingly, the initial pretrial conference scheduled for December 17, 2024, *see* ECF No. 31, is adjourned *sine die*.

The Clerk of Court is directed to terminate ECF No. 35.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 17, 2024

PHONE: 516.228.5100         FAX: 516.228.5106         INFO@NHGLAW.COM
WWW.NHGLAW.COM         WWW.NEWYORKOVERTIMELAW.COM